ERIC GRANT
United States Attorney
ZACHARY RAY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICHARD LOUIS STYRSKY,<br>Defendant. | CASE NO. 2:26-CR-0158-DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: Nov. 6, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena M. Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on Nov. 6, 2026.

2. By this stipulation, defendant now moves to continue the status conference until Jan. 8, 2027, and to exclude time between Nov. 6, 2026, and Jan. 8, 2027, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over several hundred pages of discovery, over 20 audio/videos files, and several extractions of devices and warrant returns available for counsel's inspection at the FBI's field office in Roseville, CA. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires defense counsel additional time to continue her investigation, review discovery, and evaluate issues relevant to mitigation. Defense counsel received initial discovery in this case on or about September 18, 2026. Counsel has not yet had an opportunity to examine the audio and video discovery at the FBI field office. Defense counsel requires additional time to further review discovery, analyze this material, consult with her client, and explore pretrial resolutions.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance. This is the first continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of Nov. 6, 2026 to Jan. 8, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 29, 2026

ERIC GRANT
United States Attorney

/s/ ZACHARY RAY
ZACHARY RAY
Assistant United States Attorney

Dated: October 29, 2026

/s/ SHELBY ALBERTS
SHELBY ALBERTS
Counsel for Defendant
Richard Louis Styrsky

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on October 29, 2026 (Doc. No. 16), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for November 6, 2026, is VACATED and RESET for January 8, 2027 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between November 6, 2026 and January 8, 2027, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant(s) in a speedy trial.

IT IS SO ORDERED.

Dated: **October 29, 2026**

Dena Coggins
United States District Judge